UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MIGUEL A. GUERERRO,

                                          Plaintiff,

                        - against -

NEW YORK CITY FIRE DEPARTMENT, et al.

                                          Defendants.

-------------------------------------------------------------------- x

**NOTICE OF**
**APPEARANCE**

07 CV 3986 (SHS)(KNF)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendant New York City Fire Department in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
           September 28, 2007

                         MICHAEL A. CARDOZO
                         Corporation Counsel
                          of the City of New York
                         Attorney for Defendant New York City
                          Fire Department
                         100 Church Street, Room 2-103
                         New York, New York 10007
                         (212) 676-2750

      By:      _Andrea O'Connor_
                    Andrea O'Connor (AO4477)
                    Assistant Corporation Counsel

TO:    Miguel A. Guerrero (by first class mail)
        Plaintiff *Pro Se*
        400 Fort Washington Avenue, Apartment 6F
        New York, New York 10033

## <u>CERTIFICATE OF SERVICE BY U.S. MAIL</u>

I hereby certify that on September 28, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Miguel A. Guerrero, plaintiff *pro se*, by causing to be deposited a copy of the same, enclosed in a first class post paid properly addressed wrapper, in an official depository located at 100 Church Street, in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City, directed to the said plaintiff at 400 Fort Washington Avenue, Apartment 6F, New York New York 10033, that being the address designated for that purpose.

Dated:  New York, New York
       September 28, 2007

MICHAEL A. CARDOZO
Corporation Counsel
  of the City of New York
Attorney for Defendant New York City
    Fire Department
100 Church Street, Room 2-103
New York, New York 10007
(212) 676-2750

By: _Andrea O'Connor_
      Andrea O'Connor (AO4477)
      Assistant Corporation Counsel

07 CV 3986 (SHS)(KNF))

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL A. GUERERRO,

Plaintiff,

- against -

NEW YORK CITY FIRE DEPARTMENT, et al.

Defendants.

## NOTICE OF APPEARANCE

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
*Attorney for Defendant New York City*
*Fire Department*
*100 Church Street; Room 2-103*
*New York, N.Y.  10007*

*Of Counsel:  Andrea O'Connor*
*Tel:  (212) 676-2750*
*Matter No. 2007-027447*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................................................. , 200...*

*.................................................................................................. , Esq.*

*Attorney for..........................................................................................................*