UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MIGUEL A. GUERRERO,              :

        Plaintiff,            :         ORDER

   -against-                          :         07 Civ. 3986 (SHS)(KNF)

FIRE DEPARTMENT, CITY OF NEW YORK,  :
ET AL.,
                                            :
        Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     Based on the discussion had with the parties during a pretrial conference on April 29, 2008, IT IS HEREBY ORDERED that:

    1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before October 27, 2008;

    2.    a telephonic status conference will be held with the parties on September 8, 2008, at 2:00 p.m. Counsel to the defendants shall initiate the telephonic conference on that date; and

    3.    on or before November 28, 2008, the parties shall submit their joint pretrial order to the Court. That document must conform with the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

     The plaintiff is reminded that he may seek such procedural assistance as he may need as the litigation moves forward by contacting the Pro Se Office for this judicial district. That office

is located at 500 Pearl Street, Room 230, New York, New York, and its telephone number is

(212) 805-0177.

Dated: New York, New York  
       July 18, 2008

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Miguel A. Guerrero  
Andrea M. O'Connor, Esq.