USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MIGUEL A. GUERRERO, :
: 07 Civ. 3986 (SHS)
Plaintiff, :
: ORDER
-against- :
:
FIRE DEPARTMENT, CITY OF NEW YORK, :
LIEUTENANT DESANTIS, CHIEF PASCALE :
:
Defendants. :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Miguel A. Guerrero, proceeding pro se, brought this action against the New York City Fire Department and two of its supervisory employees, alleging that defendants violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq, by subjecting him to unequal terms and conditions of employment and a hostile work environment, retaliating against him, and terminating his employment. He also alleges that defendants' actions violated the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 et seq. In a Report and Recommendation dated June 2, 2009, Magistrate Judge Kevin Nathaniel Fox concluded that defendants are entitled to summary judgment on all claims. Despite notice that he had ten days in which to file objections to the Report and Recommendation, Mr. Guerrero has failed to do so.

Upon de novo review, the Court adopts the findings and conclusions of Magistrate Judge Fox's Report and Recommendation dated June 2, 2009.

Accordingly, IT IS HEREBY ORDERED that:

1. Magistrate Judge Fox's Report and Recommendation is adopted;

2. Defendants' motion for summary judgment [26] is granted in full;

3. The Clerk of Court is directed to enter judgment for defendants.

Dated: New York, New York
July 6, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.
